IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACI SHELBY,<br><br>     Plaintiff,<br><br> v.<br><br>CITY OF OMAHA, A Political Subdivision; BERNARD L. POST, in their official and individual capacities; and EDWARD B. MCNULTY, in their official and individual capacities;<br><br>     Defendants. | 8:14CV379<br><br>ORDER |

  This matter is before the court on plaintiff's motion for leave to file a sur-reply brief. Filing No. 62. The defendants oppose this request, arguing they have presented no new evidence in their reply brief, and in fact defendants argue they are only responding to arguments made in plaintiff's opposition brief. The court has carefully reviewed the motions and briefs. The court is of the opinion that further briefing is not needed in this case. The court is cognizant of the claims in this case, and it appears the issues are fully briefed.

  THEREFORE, IT IS ORDERED THAT plaintiff's motion to file a sur-reply brief, Filing No. 62, is denied.

  Dated this 13th day of September, 2016.

                  BY THE COURT:

                  s/ Joseph F. Bataillon
                  Senior United States District Judge