## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACI SHELBY,<br><br>                Plaintiff,<br><br>    vs.<br><br>CITY OF OMAHA, and<br>BERNARD L. POST and<br>EDWARD B. MCNULTY, in there official<br>and individual capacities,<br><br>               Defendants. | 8:14CV379<br><br>SECOND AMENDED ORDER SETTING FINAL SCHEDULE FOR PROGRESSION OF CASE |

This matter is before the court after resolution of the defendants' motion for summary judgment (Filing No. 41) and the plaintiff's motion to compel discovery (Filing No. 67). Resolution of these motions provides good cause for an extension of deadlines as follows.

**IT IS ORDERED**:

1. Each party shall have until **December 28, 2016**, to exchange a list of all exhibits it expects to offer including a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

2. Any motions in limine shall be filed **on or before January 5, 2017**.

3. The **Final Pretrial Conference** with the assigned magistrate judge is set for **January 11, 2017, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

4. **Trial** is set to commence, at the court's call, during the week of February 6, 2017, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury. Unless otherwise ordered, jury selection shall be at the commencement of trial.

Dated this 18th day of November, 2016.

                                              BY THE COURT:

                                              s/ Thomas D. Thalken
                                              United States Magistrate Judge