# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACI SHELBY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, et al.,<br><br>    Defendants. | 8:14CV379<br><br>ORDER |

Upon notice of settlement given to the court on December 19, 2016, by Michelle A. Peters, counsel for the defendants,

**IT IS ORDERED that**:

1. On or before **February 3, 2017**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled pretrial conference and trial are cancelled and the motions in limine (Filing Nos. 78 and 80) are terminated as moot upon the representation that this case is settled.

Dated this 19th day of December, 2016.

                     BY THE COURT:

                     s/ Thomas D. Thalken
                     United States Magistrate Judge